NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALVIN LINCOLN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7038

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2033, Judge Kenneth B. Kramer.

---

**ON MOTION**

---

PER CURIAM.

# O R D E R

Upon review of this recently docketed appeal, it appears that this court may lack jurisdiction over Alvin Lincoln's appeal.

The Board of Veterans Appeals (Board) denied Mr. Lincoln entitlement to a disability in June 2012.  Mr.

Lincoln timely appealed to the United States Court of Appeals for Veterans Claims (Veterans Court), which affirmed the Board's decision.

On September 27, 2013, the Veterans Court entered its judgment in Lincoln's case. Lincoln's notice of appeal to this court was received on December 2, 2013, 66 days after the date of judgment. To be timely, a notice of appeal must be received by the Veterans Court within 60 days of the entry of judgment. *See* 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1) Lincoln is directed to show cause, within 30 days of the date of this order why this appeal should not be dismissed. The Secretary of Veterans Affairs may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24